# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY<br><br>            Plaintiff,<br><br>    v.<br><br>EARL CORPORATION, a Utah Corporation, JOHN DOES I – X, XYZ Corporations and/or Limited Liability Companies I – X,<br><br>            Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-cv-00828-EJF<br><br>Magistrate Judge Evelyn J. Furse |

The Court, having considered the Stipulated Motion to Dismiss with Prejudice filed by Plaintiff Pamela Whitney and Defendant Earl Corporation, hereby GRANTS the Stipulated Motion and ORDERS the causes of action against the Defendant in the above-captioned case dismissed in their entirety with prejudice.

DATED this 5th day of January, 2018.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge